Case 1:05-cv-01603-BNB-MJW   Document 13   Filed 11/15/05   USDC Colorado   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 15 2005

LANGHAM
CLERK

Civil Action No. 05-cv-01603-OES

MR. BRIAN L. BROWN,

      Applicant,

v.

H. A. RIOS,

      Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

     Applicant's motion for extension of time filed on November 14, 2005, is GRANTED as follows: Plaintiff shall have **thirty (30) days from the date of this minute order** to cure the deficiencies in this action by filing a habeas corpus application on the proper form. The clerk of the court is directed to mail to Applicant, together with a copy of this minute order, a copy of the habeas corpus application and supporting memorandum filed in this action on August 18, 2005. Applicant's "Motion for Emergency Order for Martinez v. Aaron Report and Preliminary Injunction" filed on November 14, 2005, is DENIED.

Dated: November 15, 2005

Copies of this **Minute Order, and a copy of the Application and the Supporting Memorandum filed 8/18/05** were mailed on November 15, 2005, to the following:

Brian L. Brown
Reg. No. 05937-010
USP – Florence
PO Box 7000
Florence, CO 81226

                              Secretary/Deputy Clerk