IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01603-MSK-MJW

BRIAN L. BROWN,

    Applicant,

v.

H.A. RIOS, Warden,

    Respondent.

_____

**ORDER REFERRING CASE PURSUANT TO 28 U.S.C. § 636(c)**
_____

    All parties to this action have consented **(#34)** to the exercise of jurisdiction by a United States Magistrate Judge for all further proceedings in this case pursuant to 28 U.S.C. § 636(c). Pursuant to D.C. Colo. L. Civ. R. 72.2(E), the Clerk of the Court shall randomly draw this case to a Magistrate Judge other than the Magistrate Judge currently assigned to this case. The case shall then be **REFERRED** to that Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c) and D.C. Colo. L. Civ. R. 72.2.

    DATED this 22nd day of February 2006.

                                                           **BY THE COURT:**

                                                          Marcia S. Krieger
                                                          United States District Judge