IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01603-BNB-MJW

BRIAN L. BROWN,

Petitioner,

v.

H.A. RIOS, Warden,

Respondent.
_____

**ORDER**
_____

This matter is before me on the petitioner's **Motion for Entry of Default Judgment Fed. R. Civ. P. Rule 55(a)** (the "Motion") filed March 1, 2006. The petitioner seeks a default judgment against the respondent. The petitioner argues that the respondent was ordered to respond to the petitioner's application for a writ of habeas corpus on or before February 18, 2006, and he has not yet filed a response. The petitioner's motion is without merit. The respondent was granted an extension of time until March 3, 2006, to file a response to the application. *Order* dated February 21, 2006.

IT IS ORDERED that the Motion is DENIED.

Dated March 2, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge