IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01603-BNB-MJW

BRIAN L. BROWN,

Petitioner,

v.

H.A. RIOS, Warden,

Respondent.
_____

## ORDER
_____

This matter is before me on the petitioner's **Request to Re-file Issue W/New Number** [Doc. # 43, filed 3/9/06] (the "Motion"). The Motion is unintelligible, and it is impossible to discern the relief sought. Accordingly,

IT IS ORDERED that the Motion is DENIED.

Dated March 13, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge