IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01603-BNB-MJW

BRIAN L. BROWN,

Applicant,

v.

H.A. RIOS, Warden,

Respondent.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the petitioner's **Request for a Certificate of Appealability** (the "Motion"), filed on May 10, 2006.  A certificate of appealability is not required in this type of case.  Accordingly,

     IT IS ORDERED that the Motion is DENIED AS MOOT.

DATED:  May 12, 2006