IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01603-BNB-MJW

BRIAN L. BROWN,

Petitioner,

v.

H.A. RIOS, Warden,

Respondent.

_____

**ORDER**
_____

This matter is before me on the petitioner's **Motion for Access Change and Other Motions** [Doc. #74 filed 03/25/2013] (the "Motion").  The Motion is DENIED.

On December 7, 2005, the petitioner filed an Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 by a Person in Federal Custody [Doc. #17] (the "Application").  On April 4, 2006, I denied the Application [Doc. #53].  Judgment entered in favor of the respondent on April 5, 2006 [Doc. #54].  The Tenth Circuit Court of Appeals affirmed my order denying habeas relief on November 13, 2006 [Doc. #68].

On February 4, 2013, the petitioner filed a motion to reopen the case pursuant to Rule 60(b), Fed. R. Civ. P.  I denied the motion on February 19, 2013 [Doc. #72].

The petitioner now requests that the court (1) take notice of his change of address; (2) provide him with a copy of the local rules of this court; and (3) order the prison to permit him to use a black pen.  He further provides notice of a "constitutional violation likely to continue" and "blocking access to the courts."

It appears, based on the content of the Motion and the recent change of address, that the petitioner did not receive my order denying his motion to reopen this case.

IT IS ORDERED:

(1)  The Motion is DENIED; and

(2)  The Clerk of the Court is directed to mail to the petitioner at his new address a copy of my order denying the motion to reopen [Doc. #72].

Dated March 26, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge